IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG A. HENISE | : | CIVIL ACTION NO. 1:CV-10-1775 |
| Plaintiff | : | (CHIEF JUDGE KANE) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| MARY SABOL, York County Prison Warden, et al. | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a February 23, 2011 report and recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3) The Clerk of Court shall close the file.

                                                                      s/ Yvette Kane
                                                                      YVETTE KANE, Chief Judge
                                                                       United States District Court
                                                                       Middle District of Pennsylvania

Dated: March 16, 2011